1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8

9  TRINIDAD GOMEZ,                              CASE NO. 1:08-cv-0200 OWW DLB P

10                     Plaintiff,              ORDER GRANTING PLAINTIFF'S REQUEST
                                              FOR RETURN OF ORIGINAL DOCUMENTS
11       v.
                                              (Doc. 5)
12  PENA et al,

13                     Defendants.
                                         /
14

15       Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C.

16  § 1983.  On March 3, 2008, plaintiff filed a motion seeking the return of original exhibits filed with

17  his complaint.  Plaintiff states that he was unaware at the time of filing that he was not to send

18  original exhibits.

19       Plaintiff's motion is HEREBY GRANTED.  If plaintiff wishes to have the original exhibits

20  returned to him, plaintiff is required to send a pre-addressed envelope, with postage of $4.60, to the

21  Clerk's Office.  Upon receipt of plaintiff's pre-addressed envelope with postage, the Court shall

22  direct the Clerk of the Court to return by mail to plaintiff the exhibits filed with his complaint.

23
24

25       IT IS SO ORDERED.

26       Dated:   **March 6, 2008**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE
27
28